UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v - | : | ORDER |
| GIOVANNI CASTELLANOS, | : | 13 CR 40-01 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

      Defendant having moved *pro se* for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. 144), it is hereby ordered that the Government shall respond to the motion in writing on or before June 6, 2023.  The Clerk of the Court shall mail a copy of this order to Mr. Castellanos at the address listed below.

      SO ORDERED.

Dated:    New York, New York
           May 23, 2023

                                                    DENNY CHIN
                                                    United States Circuit Judge
                                                    Sitting by Designation

To:      Giovanni Castellanos, Register No. 68000-054
           Federal Correctional Institute Ray Brook
           128 Ray Brook Road
           PO Box 900
           Ray Brook, NY 12977-0900