```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                                ORDER
        - v -                     :
                                       13 Cr. 40(DC)
                                  :    16 Civ. 4498(DC)
GIOVANNI CASTELLANOS,                  16 Civ. 5129(DC)
                                  :

        Movant-Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

This Court filed an amended judgment in the related criminal case numbered 13-cr-40 on December 10, 2019. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   New York, New York
         February 14, 2025

---
DENNY CHIN
United States Circuit Judge
Sitting By Designation